In the Matter of LESTER PAVERMAN, Appellant, v. EARL R. UECKERMAN, as Village Clerk-Treasurer of the Incorporated Village of East Hills, Respondent.—

Hopkins, Acting P. J., Martuscello, Shapiro and Benjamin, JJ., concur.

## (March 15, 1971)

EMILIO BARBIERI, Respondent, v. GARY C. GUSTAFSON, Defendant, and PIEDMONT INN, INC., Appellant.—

Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.